IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:09-CR-54-1H
No. 7:13-CV-20-H

JUSTIN CRENSHAW,

    Petitioner,

v.        **ORDER**

UNITED STATES OF AMERICA,

    Respondent.

This matter is before the court on petitioner's motion to reconsider in light of the fact that the Fourth Circuit Court of Appeals granted oral argument in United States v. Jones, No. 12-7892. However, on December 20, 2013, the Fourth Circuit dismissed Jones on unopposed motion of the government. Jones, No. 12-7892 (4th Cir. December 20, 2013)(order dismissing appeal). Therefore, petitioner's motion to reconsider is DENIED.

This 7th/8th day of April 2014.

MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#26