IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:09-CR-54-1H
No. 7:13-CV-20-H

JUSTIN CRENSHAW,
    Petitioner,

v.

UNITED STATES OF AMERICA,
    Respondent.

**ORDER**

This matter is before the court on petitioner's second motion to reconsider. The court previously stayed this matter pending the Fourth Circuit's rehearing en banc of Whiteside. The Fourth Circuit having issued its mandate in the en banc decision, see Whiteside v. United States, 775 F.3d 180 (4th Cir. Dec. 19 2014)(en banc), overruling Whiteside v. United States, 748 F.3d 541 (4th Cir. Apr. 8 2014), the stay is HEREBY LIFTED.

The court has carefully reviewed petitioner's motion for reconsideration, as well as the record in this matter, and finds no reason to alter or amend its judgment. Id. Therefore, petitioner's second motion to reconsider [DE #293] is DENIED.

This 24th day of March 2015.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26