UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Justin Crenshaw**            **Docket No. 7:09-CR-54-1D**

### Petition for Action on Supervised Release

COMES NOW Corey Rich, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Justin Crenshaw, who, upon an earlier plea of guilty to Count 1- Conspiracy to Distribute and Possess With the Intent to Distribute 50 Grams or More of Cocaine Base (Crack), in violation of 21 U.S.C. § 846, Count 12- Possession of a Firearm in the Furtherance of a Drug Trafficking Offense, in violation of 18 U.S.C. § 924(c), and Count 17- Possession of a Firearm in the Furtherance of a Drug Trafficking Offense, in violation of 18 U.S.C. § 924(c), was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on August 9, 2010, to the custody of the Bureau of Prisons for a term of 240 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

On October 31, 2019, pursuant to 18 U.S.C. § 3582(c)(1)(B), the defendant's sentence of imprisonment was reduced from 240 months to 214 months on Count 1. Counts 12 and 17 remained 60 months per count, concurrent. The term of supervised release in Count 1 was reduced to four years, concurrent with the five-year terms imposed in Counts 12 and 17. On January 4, 2022, the defendant's case was reassigned to the Honorable James C. Dever III, United States District Judge. Justin Crenshaw was released from custody on July 3, 2024, at which time the term of supervised release commenced.

On December 18, 2024, a Violation Report was forwarded to the court advising that on November 12, 2024, the defendant provided a urine sample that tested positive for marijuana. The court agreed to continue supervision. On July 23, 2025, a Violation Report was forwarded to the court advising that on July 17, 2025, the defendant provided a urine sample that tested positive for marijuana. The court agreed to continue supervision.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On August 7, 2025, the defendant submitted a urine sample that tested positive for marijuana. When confronted with the results, he admitted to using the illegal substance and signed an admission of drug use. In an effort to deter future violations, it is respectfully recommended that the conditions of supervision be modified to include a 45-day curfew. The defendant's drug use will continue to be monitored through the Surprise Urinalysis Program, and he will remain engaged in substance abuse treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 45 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the location monitoring technology as determined by the U.S. Probation Officer and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Justin Crenshaw
Docket No. 7:09-CR-54-1D
Petition For Action
Page 2

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |

/s/ Keith W. Lawrence
Keith W. Lawrence
Supervising U.S. Probation Officer

/s/ Corey Rich
Corey Rich
U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2540
Executed On: August 18, 2025

## ORDER OF THE COURT

Considered and ordered this __19__ day of __August__, 2025, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
U.S. District Judge